# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

KENNETH JOHN WILDER,

Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

NO. CV-12-0144-TOR

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 1st day of February, 2013.

SEAN F. McAVOY
Clerk of Court

by: /s/ Linda Emerson
Deputy Clerk

cc: all counsel